240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 In the Matter of WILLIAM J. SEDOR, JR., for Reinstatement to the Practice of Law. [769 NYS2d 775]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe and Hayes, JJ.

 In the Matter of JOHN GEORGE SIRACUSA, an Attorney, Respondent. [769 NYS2d 778]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH ASBURY, Appellant. [769 NYS2d 777]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Maloy, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BRENDLINGER, Appellant. [769 NYS2d 778]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Orleans County Court, Griffith, J.—Manslaughter, 1st Degree.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GRANVILLE, Appellant. [769 NYS2d 777]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Fisher, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS L. MINOR, Appellant. [769 NYS2d 776]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Connell, J.—Driving While Intoxicated.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEODORO RIVERA, Appellant. [769 NYS2d 777]—Judgment unani-